UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRI LEWIS                                                                                          PLAINTIFF

v.                          CASE NO. 4:09cv00884 BSM

INTERNATIONAL BIORESOURCES, LLC                                      DEFENDANT

## ORDER

Defendant International BioResources, LLC ("IBR") moves for the partial dismissal of the complaint. [Doc. No. 8]. IBR requests that the causes of action for age discrimination under the Age Discrimination in Employment Act and sex discrimination under Title VII of the Civil Rights Act of 1964 be dismissed. Plaintiff, Terri Lewis ("Lewis"), has responded [Doc. No. 13] and does not oppose the motion. Further, in her response Lewis seeks permission to amend the complaint.

The motion to dismiss [Doc. No. 8] is granted. The claims for age discrimination in violation of the Age Discrimination in Employment Act and sex discrimination in violation of Title VII of the Civil Rights Act of 1964 are dismissed with prejudice. Additionally, Lewis may amend her complaint.

IT IS SO ORDERED this 11th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE