# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERRI LEWIS**                                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:09cv00884 BSM**

**INTERNATIONAL BIORESOURCES**                                              **DEFENDANT**

## ORDER

On March 18, 2011, an order was entered granting former plaintiff's counsel Ralph Washington's motion to withdraw. The order also directed plaintiff to show cause why her case should not be dismissed. She was allowed fifteen days to respond. As of this date, plaintiff has not responded. Her case is therefore dismissed without prejudice and all pending motions are denied.

IT IS SO ORDERED this 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE